```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                         TALLAHASSEE DIVISION
```

IN RE:                                          CASE NO. 09-40797-TLH4
                                                CHAPTER 13
LOUELLA DAVIS


        Debtor(s)
_____/


**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
<u>**OF UNCLAIMED FUNDS**</u>

    **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) FOR: CITIFINANCIAL which remains outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

    3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 393750 in the amount of $4,475.17 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>  /s/Leigh D. Hart or
>  /s/William J. Miller, Jr.
>  OFFICE OF THE CHAPTER 13 TRUSTEE
>  POST OFFICE BOX 646
>  TALLAHASSEE, FL 32302
>  ldhecf@earthlink.net
>  (850) 681-2734 "Telephone"
>  (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| LOUELLA DAVIS<br>245 SW GEORGETOWN ROAD<br>MADISON, FL 32340<br><br>AND<br><br>ALLEN P. TURNAGE, ESQ.<br>P.O. BOX 15219<br>TALLAHASSEE, FL 32317 | CITIFINANCIAL<br>ATTN: BANKRUPTCY LITIGATION OFFICER<br>534 NORTH MONROE STREET<br>TALLAHASSEE, FL 32301 |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>  /s/Leigh D. Hart or
>  /s/William J. Miller, Jr.
>  OFFICE OF CHAPTER 13 TRUSTEE

6/22/2010 12:05 pm / CR_213